\* E-filed 11/21/06 \*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BYRON ANDERSON<br><br>      Plaintiff,<br>  v.<br><br>MARYLAND STATE POLICE HEADQUARTERS, and TROOPER HERNDON,<br><br>      Defendant. | No. C-06-05684 RMW PVT<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

Plaintiff moves for default judgment against defendants. On November 17, 2006, the court held a hearing on plaintiff's motion. Since plaintiff did not appear at the hearing, the motion has been submitted on the papers without argument. Plaintiff's motion is denied.

DATED:   11/20/06         *Ronald M Whyte*
                                        RONALD M. WHYTE
                                        United States District Judge

ORDER DENYING MOTION FOR DEFAULT JUDGMENT—No. C-06-05684 RMW PVT
CAR

**A copy of this order was mailed on _____ to:**

**Plaintiff:**

Byron Anderson, pro se
P.O. Box 381
Jolon, CA 93928
831-385-7558

**Counsel for Defendants:**

Office of the Attorney General
Maryland State Police
1201 Reistertown Road
Pikesville, MD 21208
410-653-4227

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.